UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANKERS STANDARD INSURANCE COMPANY, *a subrogee of James Marlas*,

Plaintiff,

-against-

ZIBI CONSTRUCTION, INC., et al.,

Defendants.

19-CV-7138 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19

**BARBARA MOSES, United States Magistrate Judge.**

The parties have consented to have a magistrate judge conduct all proceedings in this action pursuant to 28 U.S.C. § 636(c). All motions and applications must be made in compliance with Magistrate Judge Barbara Moses's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

The Court observes that this action has been referred to mediation pursuant to Local Civil Rule 83.9. (Dkt. No. 24.) No later than **seven days following the conclusion of mediation**, the parties shall file a joint letter updating the Court on the status of the case and, to the extent the case has not been resolved, proposing dates on which all counsel are available for a status conference. Judge Moses ordinarily holds status conferences Monday through Thursday, in the morning.

Dated: New York, New York
December 5, 2019

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge