USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANKERS STANDARD INSURANCE COMPANY,

        Plaintiff,

-against-

ZIBI CONSTRUCTION, INC., et al.,

        Defendants.

19-CV-7138 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the case management conference scheduled for **April 13, 2020, at 10:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated:  New York, New York
        March 19, 2020

**SO ORDERED**.

*/s/ Barbara Moses*

**BARBARA MOSES**
**United States Magistrate Judge**