```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANKERS STANDARD INSURANCE COMPANY,

        Plaintiff,

  -against-

ZIBI CONSTRUCTION, INC., et al.,

        Defendants.

19-CV-7138 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties having informed the Court that they have settled their dispute, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to the parties' right, within thirty days of the date of this Order, (a) to submit their own Stipulation of Settlement and Dismissal for the Court to so order, or (b) to reopen if the settlement has not been completed. To be clear, any application to reopen must be filed within thirty days of this Order. Late-filed applications to reopen may be denied solely on that basis.

This Order shall be deemed a final discontinuance of the action with prejudice in the event that no party requests restoration of the case to the active calendar within such 30-day period.

Any pending motions are moot. All filing deadlines and conference dates are adjourned *sine die*. The Clerk of Court is directed to close the case.

Dated: New York, New York
      April 17, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**